**CLOSED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOANN GEANOULES,** | Civil No. 10-cv-5932 (CCC) |
| Plaintiff(s), | |
| v. | **O R D E R** |
| **UNITED STATES OF AMERICA., ET AL.,** | |
| Defendant(s) | |

It appearing that it has been reported to the Court that the above-entitled action has been settled,

**IT IS** on this the 6th day of August, 2012,

**ORDERED** that the Clerk of the Court shall reopen this matter in order for the Court to entertain settlement issues; and it is further

**ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if the settlement is not consummated; and it is further,

**ORDERED** that the Clerk shall close the file in this matter.

*s/ Claire C. Cecchi*
UNITED STATES DISTRICT JUDGE