PAUL J. FISHMAN
United States Attorney
MICHAEL E. CAMPION
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-3141
michael.campion@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOANN GEANOULES, Executrix of the Estate of PETER GEANOULES, deceased,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　Defendant. | HON. CLAIRE C. CECCHI<br><br>Civil Action No. 10-5932<br><br>STIPULATION OF DISMISSAL |

　　IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above entitled action, by their respective undersigned attorneys, that Plaintiff's Complaint be, and hereby is, dismissed with prejudice. This stipulation is executed pursuant to a Stipulation of Compromise Settlement and Release of Federal Tort Claims Act Claims Pursuant to 28 U.S.C. § 2677 executed in this matter. Each party hereto agrees that this dismissal is without costs. Plaintiff further agrees that no further suit will be instituted for the same cause of action

which has been asserted herein, or for any other cause of action arising out of the incident which gave rise to this lawsuit.

Executed 7/29/12
(Date)

PAUL J. FISHMAN
United States Attorney

By: *[signature]*

MICHAEL E. CAMPION
Assistant U.S. Attorney

Executed 8/23/12
(Date)

LAW OFFICES OF CRAIG M. ROTHENBERG

By: *[signature]*

DAWN DEWEIL
Attorney for Plaintiff

Executed 8/11/2012
(Date)

*[signature]*
JOANN GEANOULES

SO ORDERED: 9/18/12

*[signature]*
HON. CLAIRE C. CECCHI
UNITED STATES DISTRICT JUDGE